**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO: 0:25-cv-61914-RS**

WOLF EXPENSE SOLUTIONS, LLC,

      Plaintiff,

vs.

APFS STAFFING, INC.
d/b/a ADDISON GROUP,

      Defendant.

_____ /

**SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

      **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **12/14/2026**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, 12/8/2026**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by     **2/6/2026**

2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by     **6/8/2026**

3. Plaintiff shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by     **6/12/2026**

4. Defendant shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by     **6/12/2026**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by     **7/17/2026**

6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by      **7/24/2026**

7. Fact discovery shall be completed by      **9/4/2026**

8. Expert discovery shall be completed by      **9/4/2026**

9. Mediation shall be completed by      **9/30/2026**

10. Dispositive Motions, including those regarding summary judgment and *Daubert*, shall be filed by      **10/16/2026**

11. Deposition designations and counter designations shall be filed by      **10/30/2027**

12. All pretrial motions and memoranda of law, including motions in limine, shall be filed by      **11/9/2026**

13. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall by filed by      **11/13/2026**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of May, 2026.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record

2